# UNITED STATES DISTRICT COURT

| NORTHERN | District of | WEST VIRGINIA |
|---|---|---|

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | |
| SYMOENE BURNETT | |

**07 CRIM 939**

Case Number:    3:03C   5

USM Number:    83896-054

L. Richard Walker
_Defendant's Attorney_

**THE DEFENDANT:**

X  pleaded guilty to count(s)    One

☐  pleaded nolo contendere to count(s)
which was accepted by the court.

☐  was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 846 & 841(b)(1)(A) | Conspiracy to Possess with Intent to Distribute and to Distribute Crack Cocaine | June 30, 2003 | One |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

The defendant is sentenced as provided in pages 2 through _____6_____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has been found not guilty on count(s)

X  Count(s)    Thirteen    X  is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 8, 2004
Date of Imposition of Judgment

_W. Craig Broadwater_
Signature of Judge

MSF-04-42

W. CRAIG BROADWATER, UNITED STATES DISTRICT JUDGE
Name and Title of Judge

12 March 2004
Date

I hereby certify that the annexed instrument
is a true and correct copy of the original filed
in my office,
ATTEST: Dr. Wally Edgell
Clerk. U.S. District Court
Northern District of West Virginia

By: _Nancy J. Zombek_
Deputy Clerk

CR 245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 2A — Imprisonment

DEFENDANT: SYMOENE BURNETT
CASE NUMBER: 3:03CR35-005

## ADDITIONAL IMPRISONMENT TERMS

3. The defendant should receive credit for time served since the return of the instant indictment.

APPLICABLE CONDITIONS OF SUPERVISION

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____ 3/9/07
Defendant                         Date

_____ 3/9/07
U.S. Probation Officer/Designated Witness   Date

245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 3A — Supervised Release

DEFENDANT:          SYMOENE BURNETT
CASE NUMBER:        3:03CR35-005

# ADDITIONAL SUPERVISED RELEASE TERMS

1. The defendant shall participate in a program of testing, counseling and treatment for the use of alcohol or drugs if so ordered by the Probation Officer.

MAR-09-2007 14:23 U.S. PROBATION W.P. 914 390 4055 P.05/20
Case 1:07-cr-00939-RJH Document 2 Filed 10/10/2007 Page 4 of 4
ment — Page 6 of 6

DEFENDANT: SYMOENE BURNETT
CASE NUMBER: 3:03CR35-005

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 (PAID) | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise n the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| TOTALS | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.