**07 CRIM 939**

REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | MISCELLANEOUS CLERK<br>U.S. District Judge | OFFENSE: CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AT LEAST CRACK COCAIN, 21 USC 846 & 841(B) (1) (A)<br><br>ORIGINAL SENTENCE: FIFTY (50) MONTHS IMPRISONMENT, 3 YEARS SUPERVISED RELEASE, $100 SPECIAL ASSESSMENT |
| FROM: | ELIZABETH WARD-CUPRILL<br>U.S. Probation Officer | SPEC. CONDITIONS: THE DEFENDANT SHALL PARTICIPATE IN AN APPROVED IN A PROGRAM OF TESTING, COUNSELING, AND TREATMENT FOR THE USE OF ALCOHOL OR DRUGS OF SO ORDERED BY THE PROBATION DEPARTMENT.<br><br>AUSA: THOMAS O. MUCKLOW |
| RE: | SYMOENE BURNETT<br>Docket # 03- CR- 35-05 | |

DATE OF SENTENCE:  MARCH 8, 2004

DATE:  October 3, 2007

ATTACHMENTS:  PSI X   JUDGMENT X   PREVIOUS REPORTS
VIOLATION  PETITION

REQUEST FOR:  WARRANT____ SUMMONS ____ COURT DIRECTION __X__

---

**TRANSFER OF JURISDICTION**

On March 8, 2004, the above-named individual was sentenced in the Northern District of West Virginia as outlined above.

Burnett resides in the Southern District of New York and is being supervised by the undersigned U.S. Probation Officer.

On June 16, 2007, we received a letter from the Northern District of West Virginia advising that the Honorable W. Craig Broadwater, U.S. District Court Judge for the Northern District of West Virginia, signed the Transfer of Jurisdiction Order (Probation Form 22) ordering the jurisdiction be transferred to the Southern District of New York.

Attached is Probation Form 22 for the Part I Judge to sign so that the Clerk of Court may assign

this case to a District Judge in the Southern District of New York.

Your assistance in this matter is greatly appreciated. Should you have any question, please feel free to contact the undersigned officer at (212) 805-5069.

                                              Respectfully submitted,

                                              Chris J. Stanton
                                              Chief U.S. Probation Officer

By: _____
      Elizabeth Ward-Cuprill
      U.S. Probation Officer
      212-805-5069

Approved By: _____  10/4/07